THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RICHARD L. DOVIN, Defendant-Appellant.

(No. 73-118;

Fifth District—May 17, 1974.

Opinion by Mr. PRESIDING JUSTICE EBERSPACHER.

Harris and Lambert, of Marion, for appellant.

Snyder Howell, Assistant State's Attorney, of Marion, for the People.